IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION FILE NO.: 5:20-cv-349-D

| | | |
|---|---|---|
| GOLDEN CORRAL CORP. and<br>GOLDEN CORRAL FRANCHISING<br>SYSTEMS, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| ILLINOIS UNION INSURANCE<br>COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

This cause was heard by the undersigned on the defendant's *Consent Motion to Modify Scheduling Order* to extend certain deadlines for the designation of retained and rebuttal experts by 14 days. The plaintiffs consent to this Motion. The Court finds that good cause exists to allow said Motion.

**IT IS THEREFORE ORDERED** that the Consent Motion to Modify Scheduling Order be GRANTED, and that the Scheduling Order in this case be modified as follows:

a. The deadline for reports from retained experts shall be April 30, 2021.

b. The deadline for reports from rebuttal experts shall be May 28, 2021.

This the __14__ day of April, 2021.

_____
United States District Court Judge
North Carolina Eastern District