IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00349-D

| | |
|---|---|
| GOLDEN CORRAL CORP. and <br> GOLDEN CORRAL FRANCHISING <br> SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ILLINOIS UNION INSURANCE <br> COMPANY, <br><br> Defendants | **ORDER** |

This cause is before the Court on the *Second Consent Motion to Modify the Scheduling Order* to extend the time for completion of fact discovery and for filing of dispositive motions by 60 days, respectively. Plaintiffs consent to this motion, and Illinois Union has shown that good cause exists to modify the Scheduling Order.

**IT IS THEREFORE ORDERED** that the Second Consent Motion to Modify the Scheduling Order be GRANTED, and that the Scheduling Order in this case be modified as follows:

a. All discovery shall be completed by November 15, 2021; and

b. All potentially dispositive motions shall be filed by December 13, 2021.

No other deadlines addressed in the Court's Orders set forth in docket entries 21, 34, and 36 are affected by this Order and, therefore, no other deadlines other than those addressed in this Order are extended.

This the **23** day of August 2021.

                                            *J. Dever*
                                            United States District Court Judge
                                            Eastern District of North Carolina