UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GOLDEN CORRAL CORP., and GOLDEN )
CORRAL FRANCHISING SYSTEMS, INC., )
)
Plaintiffs, )
) **JUDGMENT IN A**
v. ) **CIVIL CASE**
) **CASE NO. 5:20-CV-349-D**
ILLINOIS UNION INSURANCE COMPANY, )
)
Defendant. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Illinois Union's motion for judgment on the pleadings [D.E. 24] and DISMISSES WITH PREJUDICE Golden Corral's amended complaint [D.E. 15]. Additional amendments would be futile. The court DENIES as moot defendant's motion to stay discovery [D.E. 26].

**This Judgment Filed and Entered on September 8, 2021, and Copies To:**

| | |
|---|---|
| Gregg E. McDougal | (via CM/ECF electronic notification) |
| James B. Gillespie, Jr. | (via CM/ECF electronic notification) |
| Lawrence Russell Duke | (via CM/ECF electronic notification) |
| William R. Hartzell | (via CM/ECF electronic notification) |
| James M. Bauer | (via CM/ECF electronic notification) |
| Robert W. Fisher | (via CM/ECF electronic notification) |
| Jennifer A. Welch | (via CM/ECF electronic notification) |
| Theodore B. Smyth | (via CM/ECF electronic notification) |

DATE:   PETER A. MOORE, JR., CLERK

September 8, 2021   (By) /s/ Nicole Sellers
   Deputy Clerk