| | |
|---|---|
| GOLDEN CORRAL CORP. and GOLDEN CORRAL FRANCHISING SYSTEMS, INC.,<br>　　　　Plaintiff,<br><br>vs.<br><br>ILLINOIS UNION INSURANCE COMPANY,<br><br>　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:20-CV-349-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiffs' motion for relief from judgment [D.E. 50].

This Judgment filed and entered on May 14, 2025, and copies to:
Counsel of record for the parties　　(via CM/ECF electronic notification)

May 14, 2025　　　　　　　　　　　　　　　　　Peter A. Moore, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: /s/ Stephanie Mann
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk